# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Supervised Release) |
| v. | Case Number:  03-cr-00122-MSK-01 |
| CHRISTINE SMALL | USM Number:  31745-013 |
| | Gregory Daniels <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Work Regularly | 06/12/06 |
| 2 | Failure to Comply with Rules of Community Corrections Center | 07/21/06 |
| 3 | Failure to Follow the Instructions of the Probation Officer | 07/19/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 13, 2006
Date of Imposition of Judgment

s/Marcia S. Krieger
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

October 20, 2006
Date

DEFENDANT:  CHRISTINE SMALL
CASE NUMBER:  03-cr-00122-MSK-01                                                  Judgment-Page 2 of 4

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 67 days (time served).

    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____

DEFENDANT:  CHRISTINE SMALL
CASE NUMBER:  03-cr-00122-MSK-01                                      Judgment-Page 3 of 4

                                                                Deputy United States Marshal